IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MICHAEL LONG                                                                    PLAINTIFF

V.                                                                        NO. 4:10CV018-P-S

CARROLL COUNTY, et al.                                                       DEFENDANTS

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is DISMISSED failure to state a claim. This matter is CLOSED.

IT IS SO ORDERED.

THIS the 6th day of April, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE